■ BRUCE A. MAISCH et al., Individually and as Parents and Natural Guardians of STEPHANIE J. MAISCH, an Infant, Plaintiffs, v MILLARD FILLMORE HOSPITALS et al., Respondents, and THEODORE G. COSTICH, M.D., Appellant, et al., Defendants. (Appeal No. 2.) [765 NYS2d 295] —Appeal from that part of an order of Supreme Court, Erie County (Notaro, J.), entered October 28, 2002, that denied defendant Theodore G. Costich, M.D.'s motion for an order compelling defendant Karen Blackford to appear for a further deposition.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Presti v Schalck*, 26 AD2d 793 [1966]). Present—Green, J.P., Hurlbutt, Gorski, Lawton and Hayes, JJ.